| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| LESLIE REDMOND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:15-CV-70 |
| | § | |
| E. KERN, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Leslie Redmond, a prisoner formerly confined at FCI Beaumont, proceeding *pro se* and *in forma pauperis*, filed this civil rights action against sixteen defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

On December 22, 2017, Magistrate Judge Hawthorn entered an order giving plaintiff fifteen (15) days to provide the full first name and last name for defendants Carasco, Davis, Etheridge, Fotenot, Jefferson, Kern, Lacy, Lara, Rivera, Russell and Willis (docket entry no. 25). Because plaintiff did not respond to the order, a Report and Recommendation was entered on January 17, 2018 (docket entry no. 28), recommending plaintiff's claims against these defendants be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 28). Plaintiff then filed a motion for extension of time to respond to the order on January 17, 2018 (docket entry no. 29). In the motion, plaintiff stated he did not receive a copy of the order until January 5, 2018. *Id*. The Magistrate Judge granted the motion, giving plaintiff

until January 30, 2018 to file the requisite information.[1] Plaintiff has otherwise failed to respond to the order despite the extension.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** to the extent it recommends dismissal. A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 2nd day of February, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff, in essence, was given 25 days to respond to the order.